NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RICHARD A. GRAFF

---

2014-1288

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/885,569.

---

## JUDGMENT

---

MICHAEL K. MUTTER, Birch, Stewart, Kolasch & Birch, of Falls Church, Virginia, argued for appellant. With him on the brief was D. RICHARD ANDERSON. Of counsel on the brief was PETER K. TRYNA, Peter K. Trzyna Law Office P.C., of Chicago, Illinois.

JOSEPH MATEL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, THOMAS W. KRAUSE, Deputy Solicitor, and AMY J. NELSON, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 8, 2014 | /s/ Daniel E. O'Toole
Date | Daniel E. O'Toole
 | Clerk of Court